**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| **CRYSTAL RICE,** | * | |
| **Plaintiff,** | * | |
| **v.** | * | **Civil Action No. MJM-23-2344** |
| **PRIME CARE MEDICAL INC.**, *et al.*, | * | |
| **Defendants.** | * | |

\* \* \* \* \* \* \* \* \* \*

## ORDER

On August 25, 2023, plaintiff Crystal Rice ("Plaintiff") filed her Complaint against 26 named defendants and an unspecified number of unnamed "Doe" defendants. ECF 1. Several of Plaintiff's claims have been dismissed, *see* ECF 50, and Plaintiff does not intend to amend her pleading at this time, *see* ECF 51. Several named defendants have filed answers to the claims asserted against them. *See* ECF 31, 36, 37. The record does not reflect proof of service of process upon several other named defendants, including M.L. Halligan, Jean Jones, Samantha Chestnut, Taylor Kennedy-LaRosa, Mary Allen, Nurse Kelly Kirlin, and Nurse Tobias Muturi. The period for service of process provided by Federal Rule of Civil Procedure 4(m) and Local Rule 103.8(a) (D. Md. 2025) has long expired.

Accordingly, it is, this __29th__ day of __May__, 2026, ORDERED that Plaintiff show good cause within 14 days of the date of this Order why the complaint should not be dismissed without prejudice, pursuant to Fed. R. Civ. P. 4(m) and Local Rule 103.8(a), as to the named defendants who have not appeared and for whom proof of service of process has not been filed.

_____/S/_____
Matthew J. Maddox
United States District Judge